# United States Bankruptcy Court
## Middle District of Florida

In re **Arno Keith Rassler**
Debtor(s)

Case No. _____
Chapter **13**

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, **Arno Keith Rassler**, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_/s/ Arno Keith Rassler_
**Arno Keith Rassler**
Signature of Debtor
or other claimant

### Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Voluntary Petition | 01.08.07 |
| Schedules A-J | 01.08.07 |
| Statement of Financial Affairs | 01.08.07 |
| Statement of Social Security Numbers | 01.08.07 |
| Statement of Intention | 01.08.07 |
| Certificates of Credit Counseling & Budget Plan | 10.02.06 |
| Means Test | 01.08.07 |
| Income Advices | |
| Tax Documents | |