THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  CASE NUMBER: 6:07-BK-00245-KSJ

ARNO KEITH RASSLER

_____/

Debtor.

## NOTICE OF APPEARANCE

**THE UNDERSIGNED** attorney, **MICHAEL J. DUGGAR,** hereby appears as additional counsel on behalf of Debtor, **ARNO K. RASSLER,** and requests that copies of all motions, pleadings, notices, and other papers filed in this cause be furnished to him at the address set forth below.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic filing and U. S. mail this 14th day of June, 2007 to: **UNITED STATES TRUSTEE'S OFFICE**, 135 W. Central Blvd., Room 620, Orlando, FL 32801; and **LAURIE K. WEATHERFORD,** Post Office Box 3450, Winter Park, FL 32792.

*/s/ Michael J. Duggar*
MICHAEL J. DUGGAR
*MICHAEL J. DUGGAR, P.A.*
Florida Bar Number: 0080306
Post Office Box 192
Christmas, FL 32709-0192
Telephone: (321) 251-7766
Facsimile: (321) 226-0244
E-mail: mduggar@cfl.rr.com

Summary of Pleading - 1